Vermont Superior Court
Filed 05/12/26
Washington Unit

USDC - DVT
2:26-cv-280

VERMONT SUPERIOR COURT
Washington Unit
65 State Street
Montpelier VT 05602
802-828-2091
www.vermontjudiciary.org

CIVIL DIVISION
Case No. 26-CV-02131

**Seth Brunell v. Anthropic PBC**

# ENTRY REGARDING MOTION

Title: Motion for Default Judgment , Renewed (Motion: 4)
Filer: Seth S Brunell
Filed Date: May 06, 2026

The motion is DENIED.

Plaintiff seeks default judgment pursuant to Rule 55 of the Vermont Rules of Civil Procedure. A party may seek, but is not guaranteed, default judgment no less than 21 days after defendant has been served by an allowed process server under Rule 4 of the Vermont Rules of Civil Procedure.

Plaintiff previously filed for Default Judgment in this case but omitted any return of service to show that Defendant Anthropic PBC has been served. Plaintiff's second motion now includes a purported return of service. This return, however, has several defects that render it void. *Howe v. Lisbon Sav. Bank & Trust Co.*, 111 Vt. 201, 208–09 (1940).

Specifically, the return of service indicates that the case was filed in the Essex Super Court and that the Docket No is 26-CIV-01264. Neither of these critical facts are consistent with the current complaint that was filed in Washington County Superior Court with a different docket number.

When defects undermine the jurisdiction of the Court, they render the process void. *Howe*, 111 Vt.at 208–09. In this case, the service of process is an essential part of jurisdiction. Like the summons and complaint, improper service renders the defendant without notice and voids the effort to assert jurisdiction. This is a critical issue for a foreign corporation against whom Plaintiff is seeking relief and seeking to hail into a Vermont Court.

For these reasons, the Court finds that service has not been effectuated on Defendant. The attempt at service on April 3, 2026 is **Void** as a matter of law. *Howe*, 111 Vt. at 209. Therefore, default judgment is inappropriate.

For these reasons, Plaintiff's motion is **Denied.**

Electronically signed on 5/11/2026 6:16 PM pursuant to V.R.E.F. 9(d)

Daniel P. Richardson
Superior Court Judge