Vermont Superior Court
Filed 08/13/26
Washington Unit

USDC - DVT
2:26-cv-280

VERMONT SUPERIOR COURT
Washington Unit
65 State Street
Montpelier VT 05602
802-828-2091
www.vermontjudiciary.org

CIVIL DIVISION
Case No. 26-CV-02131

**Seth Brunell v. Anthropic PBC**

# ENTRY REGARDING MOTION

Title: Motion for Default Judgment (Motion: 7)
Filer: Seth S Brunell
Filed Date: August 11, 2026

A response shall be filed within 14 days.

Before the Court can consider Plaintiff's default judgment motion, Plaintiff shall file a copy of the service packet that was served on Defendants. Plaintiff's filing does not indicate what documents were served and given Plaintiff's prior non-compliance with the rules of service, the Court finds cause to examine the return of service with some closer level of scrutiny. Moreover, the existing summons that Plaintiff filed with the Court on June 30th does not comply with V.R.C.P. 4 in that it is a self-generated forum that is not signed by an officer of the Court.

Plaintiff has 14 days to supplement his filing with proof of what documents were actually served on Defendants on July 20, 2026.

**So Ordered.**

Electronically signed on 8/12/2026 4:20 PM pursuant to V.R.E.F. 9(d)

Daniel Richardson
Superior Court Judge